UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
APR 11 2008
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLEMENTE CARLOS PEREZ-PANTALEON,
ELIAS QUINONEZ LECHUGA, and
BRIANNA LEIGH SCHENK,

Defendants.

CR 08-40046 -01
-02
-03

**INDICTMENT**

Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1) and 846

The Grand Jury charges:

Beginning on or about April 2007, and continuing to on or about April 2008, in the District of South Dakota and elsewhere, Clemente Carlos Perez-Pantaleon, Elias Quinonez Lechuga, and Brianna Leigh Schenk did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

[signature]
Foreperson

MARTY J. JACKLEY
UNITED STATES ATTORNEY

By: [signature]