FILED
AUG 27 2008
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLEMENTE CARLOS PEREZ-PANTALEON,

Defendant.

CR08-40046-01

FACTUAL BASIS STATEMENT

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Beginning on or about April of 2007, the Defendant, Clemente Carlos Perez-Pantaleon, and others began to distribute methamphetamine in South Dakota and elsewhere under a cooperative agreement to do so. During his involvement, the Defendant transported methamphetamine, distributed it and collected drug debts from customers who had obtained methamphetamine on credit. Over the course of the conspiracy, the Defendant transported and distributed 500 grams or more of a mixture or substance containing methamphetamine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846.

The Defendant was arrested on or about April 1, 2008, after selling methamphetamine to an undercover police officer.

The Defendant understands that additional drug quantities may be attributable to him for sentencing purposes.

MARTY J. JACKLEY
United States Attorney

8-26-08
Date

JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

8-26-08
Date

Clemente Perez
Clemente Carlos Perez-Pantaleon
Defendant

8-26-08
Date

Nichole A. Carper
Attorney for Defendant

(interpreter)