FILED

SEP 03 2008

[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JUDGE - John E. Simko
CASE NO. - CR08-40046-01

REPORTER - FTR 1st Floor
Date - 09-03-08
PAGE NO. - 1

| CASE | COUNSEL |
| --- | --- |
| USA, Plaintiff, | John E. Haak |
| vs. | |
| Clemente Carlos Perez-Pantaleon, Defendant. | Nichole A. Carper |

---

COURTROOM DEPUTY: Colleen Schulte

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:38 p.m. Enter change of plea hearing before the Hon. John E. Simko, Magistrate Judge, Sioux Falls. Counsel state their appearances for the record. Defendant is also present in court.

Chandler Thompson, federally certified Spanish interpreter, is sworn in by courtroom deputy.

Defendant and counsel sign consent to enter plea before Magistrate Judge.

Defendant understands little English, but he is able to understand the interpreter. Defendant cannot read English, but can read Spanish.

Defendant is sworn in by the courtroom deputy.

Court reviews charges in the Indictment with defendant.

Ms. Carper acknowledges defendant's name and identity. Defendant is not a U.S. citizen, but a legal resident, and has been informed he may be deported.

Penalties: mandatory minimum 10 years imprisonment; maximum of life imprisonment; a $4 million fine; or both; 5 years supervised release; 5 additional years of imprisonment if release is revoked; and a $100 special assessment.

Court advises defendant of his rights.

Mr. Haak states the essential elements of the case and what the Government would prove if the case were to go to trial.

Court advises defendant he may notify his country and consulate of the charges. Defendant has chosen not to do so.

Defendant states factual basis.

Defendant pleads guilty to the charges in the Indictment.

Court will make report and recommendation to Judge Piersol that the plea of guilty be accepted and defendant be adjudged guilty of the offense as charged in the Indictment.

2:05 p.m. Court in recess.